**John F. GREENE, Plaintiff–Appellant,**

v.

**HOLLAWAY, Deputy, Defendant–Appellee,**

and

**Loudoun County Sheriff's Department; Steve Simpson, Sheriff, Defendants.**

No. 01–7221.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 28, 2002.

John F. Greene, Appellant Pro Se. Alexander Francuzenko, O'Connell & O'Connell, Rockville, Maryland, for Appellee.

Before WILKINS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

OPINION

PER CURIAM.

John F. Greene appeals the magistrate judge's order granting judgment [1] for Loudoun County Sheriff's Deputy K.W. Hollaway [2] in Greene's civil rights action under 42 U.S.C.A. § 1983 (West Supp.2001). Greene alleged Hollaway used excessive force by spraying Greene with oleoresin capsicum spray ("pepper spray") during a jail lock-down procedure. Initially, we conclude the magistrate judge did not plainly err in failing to secure the presence of witnesses subpoenaed by Greene. *United States v. Olano,* 507 U.S. 725, 732, 113 S.Ct. 1770, 123 L.Ed.2d 508 (1993); *Johnson v. Hubbard,* 698 F.2d 286, 288–89 (6th Cir.1983). Further, the magistrate judge did not err in concluding, after hearing testimony from Greene and Hollaway, that Hollaway did not violate Greene's constitutional rights or, in the alternative, that Hollaway was entitled to qualified immunity. *Anderson v. City of Bessemer City,* 470 U.S. 564, 575–74, 105 S.Ct. 1504, 84 L.Ed.2d 518 (1985); *Simone–Brown v. Gilmore,* 278 F.3d 362, 366 (4th Cir.2002). Accordingly, we affirm the judgment. We

---

**1.** The parties consented to proceed before a United States magistrate judge, pursuant to 28 U.S.C.A. § 636(c).

**2.** The record refers to the spelling of defendant's last name as both "Hollaway" and "Holloway." For consistency, we have adopted the spelling used by the district court on its docket report.

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*